1  Kenneth S. Kawabata (State Bar No. 149391)
     *ksk@manningllp.com*
2  David R. Reeder (State Bar No. 240876)
     *drr@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  550 West C Street, Suite 1900
   San Diego, California 92101
5  Telephone: (619) 515-0269
   Facsimile: (619) 515-0268
6
7  Attorneys for Defendant, EQUITABLE ACCEPTANCE CORPORATION, a
8  Minnesota corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ and MARIA SANCHEZ,<br><br>      Plaintiffs,<br><br>   v.<br><br>BRAINSTORM USA, LLC, dba ORCHARD LEARNING SYSTEMS, a limited liability company, and EQUITABLE ACCEPTANCE CORPORATION, a Minnesota corporation, and Does 1-10,<br><br>      Defendants. | Case No. 3:17-cv-00933-JLS-BGS<br><br>**JOINT MOTION TO DISMISS**<br><br>The Hon. Hon. Janis L. Sammartino<br>United States District Judge<br><br>The Hon. Bernard G. Skomal,<br>United States Magistrate Judge |

NOTICE IS HEREBY GIVEN that under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), JOSE SANCHEZ and MARIA SANCHEZ, ("Plaintiffs"), and defendant EQUITABLE ACCEPTANCE CORPORATION, a Minnesota corporation, ("Defendant") respectfully submit this Joint Motion to Dismiss (the "Joint Motion").

/ / /

## I. INTRODUCTION

The parties have recently settled Plaintiffs' claims, and have executed a Confidential Settlement Agreement and Release. As such, the parties desire to dismiss Plaintiffs' claims against Defendant with prejudice. Accordingly, Plaintiffs and Defendant respectfully request the Court to grant this Joint Motion.

## II. BRIEF STATEMENT OF FACTS

On May 7, 2017, Plaintiffs, filed the Complaint against Defendant alleging a single claim against Defendant for violations of the Truth in Lending Act; the Consumer Legal Remedies Act, and the Rosenthal Fair Debt Collections Practices Act. [Dkt. #1] On June 22, 2017, Defendant filed its Answer to the Complaint. [Dkt. #10] On August 11, 2017, the parties attended an Early Neutral Evaluation Conference, and the parties reached a settlement as to Plaintiffs' claims in this matter. Accordingly, the parties are filing the present Joint Motion to dismiss the case.

## III. THE COURT SHOULD GRANT THIS JOINT MOTION

Federal Rules of Civil Procedure ("FRCP"), Rule 41(a)(1)(A)(ii), provides a "plaintiff may dismiss an action without a court order by filing: ... (ii) a stipulation of dismissal signed by all parties who have appeared." FRCP 41(a)(1)(A)(ii). Further, Local Rule 7.2 requires that "[a]ny stipulation for which court approval is sought must be filed as a "joint motion."'" CivLR 7.2, Stipulations/Joint Motions. Pursuant to the above, the parties hereto have filed this Joint Motion to dismiss Plaintiffs' claims against Defendant with prejudice. Each party to bear their own attorney's fees and costs. As such, Plaintiffs and Defendant respectfully request the Court to grant this Joint Motion.

///
///
///
///
///

## IV. CONCLUSION

Based on the above, the parties respectfully request the Court to grant this Joint Motion.

DATED: October 13, 2017  **HENDERSON CONSUMER LAW**

By: /s/ Samuel Henderson
Samuel Henderson
Email: henderson@hendersonconsumerlaw.com

HENDERSON CONSUMER LAW
185 W. F St. Suite 100-J
San Diego, California 92101
Tel: (760) 575-4594
Fax: (760) 688-3732

Attorneys for Plaintiffs,
Jose and Maria Sanchez

DATED: October 13, 2017  **LAW OFFICE OF ALARA T. CHILTON**

By: /s/ Alara T. Chilton
Alara T. Chilton
Email:alarachilton@gmail.com

LAW OFFICE OF ALARA T. CHILTON
185 W. F St. Suite 100-J
San Diego, CA 92101
Tel: (619) 672-7201
Fax: (619) 924-7354

Attorneys for Plaintiffs,
Jose and Maria Sanchez

| | | |
|---|---|---|
| 1 | DATED:  October 13, 2017 | **MANNING & KASS** |
| 2 | | **ELLROD, RAMIREZ, TRESTER LLP** |

By: _____/s/ Kenneth S. Kawabata_____
    Kenneth S. Kawabata
    Email:   ksk@manningllp.com

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
550 West C Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant, EQUITABLE ACCEPTANCE CORPORATION, a Minnesota corporation

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2017, I electronically filed the foregoing **JOINT MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Samuel Henderson<br>Henderson Consumer Law<br>185 W. F Street<br>Suite 100-J<br>San Diego, CA 92101<br>Telephone: (760) 575-4594<br>Facsimile: (760) 688-3732<br>Email: henderson@hendersonconsumerlaw.com<br><br>Attorneys for Plaintiffs,<br>Jose and Maria Sanchez | Alara T. Chilton<br>LAW OFFICE OF ALARA T. CHILTON<br>185 W. F St. Suite 100-J<br>San Diego, CA 92101<br>Tel: (619) 672-7201<br>Fax: (619) 924-7354<br>Email: alarachilton@gmail.com<br><br>Attorneys for Plaintiffs,<br>Jose and Maria Sanchez |

John Arthur Mayers
Mulvaney, Barry Beatty Linn
 & Mayers LLP
401 West A Street, Suite 1700
San Diego, CA 92101-7994
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
Email: jmayers@mulvaneybarry.com

Attorneys for Defendant,
Brainstorm USA, LLC, a limited liability company dba Orchard Learning Systems

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of October, 2017, at San Diego, California.

    /s/ Kenneth S. Kawabata
Kenneth S. Kawabata
Email: *ksk@manningllp.com*