UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose SANCHEZ and Maria SANCHEZ,<br><br>                              Plaintiffs,<br><br>v.<br><br>BRAINSTORM USA, LLC, a limited liability company DBA ORCHARD LEARNING SYSTEMS; EQUITABLE ACCEPTANCE CORPORATION, a Minnesota corporation; AND DOES 1-10,<br><br>                            Defendants. | Case No.:  17-cv-00933-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFFS' CLAIMS AS TO DEFENDANT EQUITABLE ACCEPTANCE CORPORATION**<br><br>**[ECF No. 20]** |

      Plaintiffs Jose Sanchez and Maria Sanchez and Defendant Equitable Acceptance Corporation have filed a Joint Motion to Dismiss (ECF No. 20) requesting the dismissal of Plaintiffs' claims against Defendant Equitable Acceptance Corporation with prejudice. Accordingly, the Court **GRANTS** the Joint Motion to Dismiss (ECF No. 20) and hereby dismisses Plaintiffs' claims against Defendant Equitable Acceptance Corporation with prejudice.  Each party is to bear his/its own costs and attorneys' fees in regards to Plaintiffs' claims against Defendant Equitable Acceptance Corporation.

1    **IT IS SO ORDERED.**

Dated:  November 27, 2017

*[signature]*

Hon. Bernard G. Skomal
United States Magistrate Judge